UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3063 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ON REQUEST FOR HEARING |
| vs. | ) | ON RULE 35(b) MOTION |
| | ) | |
| MICHAEL R. BURNER, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America has requested a hearing on its previously filed Motion for Reduction of Sentence.

IT IS ORDERED that:

1. the Request for Hearing on Rule 35(b) Motion, filing 29, is granted;

2. the hearing will be held on August 18, 2006, at 3:00 p.m. in Courtroom 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska;

3. counsel for the defendant shall notify the court on or before August 9, 2006:

    a. whether the defendant wants to be present at the hearing; or

    b. whether the defendant wants to participate by a telephone conference, and if so, provide my office with the name of the defendant's case manager and the telephone number where the defendant can be reached at the time of the hearing on August 18, 2006; or

      c.      whether the defendant wants to waive his appearance.

Dated August 1, 2006.

                              BY THE COURT

                              s/ Warren K. Urbom
                              United States Senior District Judge