IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3063 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL R. BURNER, | ) | ORDER RESCHEDULING RULE 35(b) |
| | ) | HEARING |
| Defendant. | ) | |
| | ) | |

    Due to a security breach at the Florence Federal Correction Facility on August 18, 2006, the defendant, Michael R. Burner, was unable to be connected by telephone for the Rule 35(b) hearing scheduled at 3:00 p.m. on August 18, 2006,

    IT IS ORDERED that:

1. the Rule 35(b) hearing is continued and shall commence at 9:30 a.m. on August 22, 2006, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

2. the defendant shall participate by telephone at that hearing.

Dated August 21, 2006.

                              BY THE COURT


                              s/ Warren K. Urbom
                              United States Senior District Judge