IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:03CR3063 |
| ) | |
| MICHAEL BURNER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 46, now set for December 22, 2010, at 11:00 a.m. until a date certain in approximately 60 days. The Court noting that the Government and probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 28th day of February, 2011, at 12:15 p. m. The defendant is ordered to appear at such time.

Dated this 21st day of December, 2010.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge