IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL BURNER, ) <br> ) <br> Defendant. ) | Case No. 4:03CR3063 |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 48, now set for February 28, 2011, at 12:15 a.m. until a date certain in approximately 60 days. The Court noting that the Government and probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 2nd day of May, 2011, at 11:00 a. m. The defendant is ordered to appear at such time.

Dated this 23rd day of February, 2011.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge