IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  4:03CR3063 |
| ) | |
| MICHAEL BURNER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 50, now set for May 2, 2011, at 11:00 a.m. until a date certain in approximately 90 days.  The Court noting that the Government and probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 25th day of July, 2011, at 12:15 p. m.  The defendant is ordered to appear at such time.

Dated this 25th day of April, 2011.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge